| | |
|---|---|
| William P. Deni, Jr.<br>Charles H. Chevalier<br>J. Brugh Lower<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: (973) 596-4500<br>Fax:  (973) 596-0545 | *Of Counsel*:<br><br>Bruce M. Wexler<br>Preston K. Ratliff II<br>Melanie R. Rupert<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000 |

*Attorneys for Plaintiffs*
*Eisai R&D Management Co., Ltd.,*
*Eisai Co., Ltd.,*
*Eisai Manufacturing Ltd., and*
*Eisai Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EISAI R&D MANAGEMENT CO., LTD.;<br>EISAI CO., LTD.;<br>EISAI MANUFACTURING LTD.,<br>EISAI INC.; and<br>MSD ONCOLOGY HOLDINGS LTD,<br><br>                                   Plaintiffs,<br><br>                       v.<br><br>SHILPA MEDICARE LIMITED,<br><br>                                   Defendant. | Civil Action No. 19-19998<br><br>*Document Electronically Filed*<br><br>**FED. R. CIV. P. 7.1**<br>**DISCLOSURE STATEMENT OF PLAINTIFFS**<br>**EISAI R&D MANAGEMENT CO., LTD.,**<br>**EISAI CO., LTD.,**<br>**EISAI MANUFACTURING LTD., AND**<br>**EISAI INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Eisai R&D Management Co., Ltd., Eisai Co., Ltd., Eisai Manufacturing Ltd., and Eisai Inc. state as follows:

1. Eisai R&D Management Co., Ltd. is a wholly-owned, direct subsidiary of Eisai Co., Ltd.

2. Eisai Manufacturing Ltd. is a wholly-owned, indirect subsidiary of Eisai Co., Ltd.

3. Eisai Inc. is a wholly-owned, indirect subsidiary of Eisai Co., Ltd.

4. Eisai Co., Ltd. is a publicly held company that does not have a parent corporation, and no publicly held company owns 10% or more of Eisai Co., Ltd.'s stock.

| | |
|---|---|
| Dated:  November 8, 2019 | By:  s/ William P. Deni, Jr.  <br>William P. Deni, Jr. <br>Charles H. Chevalier <br>J. Brugh Lower |
| *Of Counsel:* | **GIBBONS P.C.** <br>One Gateway Center |
| Bruce M. Wexler (*pro hac vice* to be submitted) <br>Preston K. Ratliff II (*pro hac vice* to be submitted) <br>Melanie R. Rupert (*pro hac vice* to be submitted) <br>**PAUL HASTINGS LLP** <br>200 Park Avenue <br>New York, NY 10166 <br>(212) 318-6000 | Newark, New Jersey 07102 <br>Tel: (973) 596-4500 <br>Fax: (973) 596-0545 <br>wdeni@gibbonslaw.com <br>cchevalier@gibbonslaw.com <br>jlower@gibbonslaw.com <br><br>*Attorneys for Plaintiffs* <br>*Eisai R&D Management Co., Ltd.,* <br>*Eisai Co., Ltd.,* <br>*Eisai Manufacturing Ltd., and* <br>*Eisai Inc.* |